1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

GRANTED
*Judge James Ware*
3/11/2008

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12
   KUN ZHANG,                    )   No. C 08-0097 JW
13                               )
              Plaintiff,         )
14                               )
         v.                      )   STIPULATION TO DISMISS PURSUANT
15                               )   TO FED. R. CIV. P. 41(a)
   MICHAEL CHERTOFF, et al,      )
16                               )
              Defendants.        )
17 _____)

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION TO DISMISS
No. C 08-0097 JW

1   Plaintiff, pro se, and Defendants, by and through their attorneys of record, hereby stipulate,
2   subject to the approval of the Court, to dismissal of the action in light of the adjudication of
3   Plaintiff's application for adjustment of status.
4   Each of the parties shall bear their own costs and fees.

Dated: March 6, 2008                      Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            /s/
                                            MELANIE L. PROCTOR [1]
                                            Assistant United States Attorney
                                            Attorney for Defendants

Dated: March 3, 2008                            /s/
                                            KUN ZHANG
                                            Pro Se

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 11, 2008                     _____
                                            United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 08-0097 JW                         2