1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8



GRANTED

Judge James Ware

3/11/2008

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12
   KUN ZHANG,                        )    No. C 08-0097 JW
13                                    )
                    Plaintiff,        )
14                                    )
           v.                         )    STIPULATION TO DISMISS PURSUANT
15                                    )    TO FED. R. CIV. P. 41(a)
   MICHAEL CHERTOFF, et al,           )
16                                    )
                    Defendants.       )
17 _____)

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO DISMISS
No. C 08-0097 JW

Plaintiff, pro se, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's application for adjustment of status.

Each of the parties shall bear their own costs and fees.

Dated: March 6, 2008                 Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR [1]
Assistant United States Attorney
Attorney for Defendants

Dated: March 3, 2008                _____/s/_____
KUN ZHANG
Pro Se

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 11, 2008                 _____
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 08-0097 JW            2